**Dismiss and Opinion Filed August 14, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00798-CV

**RUBICON REPRESENTATION, LLC, Appellant**
**V.**
**PATRICK JOHNSON, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10036**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Seeking to appeal the trial court's denial of its motion for summary judgment, appellant has filed a petition for permissive interlocutory appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West Supp. 2017); TEX. R. APP. P. 28.3, 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180798F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RUBICON REPRESENTATION, LLC,
Appellant

No. 05-18-00798-CV     V.

PATRICK JOHNSON, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-10036.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee PATRICK JOHNSON recover his costs of this appeal from appellant RUBICON REPRESENTATION, LLC.

Judgment entered August 14, 2014.